THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE UNITED VERDE COPPER COMPANY, Appellant, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. U. V. Copper Co.* v. *Feitner,* 54 App. Div. 217, affirmed.
(Argued January 8, 1901; decided January 22, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 9, 1900, affirming an order of Special Term quashing a

writ of certiorari to review an assessment against the capital and surplus of the relator for the year 1899.

*Henry G. Atwater* for appellant.

*John Whalen, Corporation Counsel (James M. Ward* of counsel), for respondents.

Order affirmed, with costs, on opinion below.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.